IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02504-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

STEVEN M. HUNTER,

    Petitioner,

v.

T.K. COZZA-RHODES,
UNITED STATES PAROLE COMISSIONER,

    Respondents.

## ORDER DIRECTING PETITIONER TO CURE DEFICIENCY

Petitioner, Steven Hunter, a federal prisoner, is incarcerated at the United States Penitentiary in Florence, Colorado.   Petitioner has submitted a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1), and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (ECF No. 2).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that one of the submitted documents is deficient as described in this Order. Petitioner will be directed to cure the following if he wishes to pursue his claims.   Any papers that Petitioner files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    \_\_\_   is not submitted
(2)    \_\_\_   is missing affidavit
(3)    \_\_\_   is missing a certified prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4) \_\_\_ is missing a certified account statement showing the current balance in Plaintiff's prison account is not certified
(5) \_\_\_ is missing required financial information
(6) \_\_\_ is signed but not dated by the prisoner
(7) \_\_\_ is not on proper form (must use the Court's current form)
(8) \_\_\_ names in caption do not match names in caption of complaint, petition or habeas application
(9) \_\_\_ is missing a signed authorization to allow agency to disburse funds from inmate account
(10) \_\_\_ other:

**Complaint, Petition or Application**:
(11) \_\_\_ is not submitted
(12) _X_ is not on proper form (must use the Court's current form used in filing a § 2241 Application)
(13) \_\_\_ is missing an original signature by the prisoner
(14) \_\_\_ is missing page nos. \_\_\_
(15) \_\_\_ uses et al. instead of listing all parties in caption
(16) \_\_\_ names in caption do not match names in text
(17) \_\_\_ other:

Accordingly, it is

ORDERED that Mr. Hunter cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Petitioner files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Hunter shall obtain the current Court-approved form used in filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. and shall use the form in curing the deficiency. It is

FURTHER ORDERED that if Mr. Hunter fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED November 16, 2015, at Denver, Colorado.

```
```
BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge