IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02504-LTB

STEVEN M. HUNTER,

    Applicant,

v.

T.K. COZZA-RHODES, Warden,

    Respondent.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 5, 2016, it is hereby

ORDERED that Judgment is entered in favor of Respondent and against Applicant.

DATED at Denver, Colorado, this 5 day of February, 2016.

            FOR THE COURT,

            JEFFREY P. COLWELL, Clerk

            By: s/ s/ A. García Gallegos
                Deputy Clerk